PDF for document number 15 does not exist.

# UNITED STATES DISTRICT COURT
# Eastern District of Arkansas
# U.S. Court House
# 600 West Capitol, Suite A149
# Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:07-cv-880

True and correct copies of document # **15** along with a copy of the NEF were mailed by the clerk to the following on 01/10/2008

John E. Collins
Burleson Pate & Gibson
2414 North Akard
Suite 700
Dallas, TX 75201

**You chose to print mailing labels.**

**Preparing documents for the printer: fileroom-T644...**

request id is fileroom-T644-161863 (1 file(s))
request id is fileroom-T644-161864 (1 file(s))