**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CATHERINE L. TAYLOR**                                                                    **PLAINTIFF**

**v.**                                            **4:07CV00880-WRW**

**THE SOURCE FOR PUBLIC DATA, LP d/b/a
PUBLICDATA.COM and INTELLICORP RECORDS, INC.**                    **DEFENDANT**

<u>**ORDER**</u>

Pending is the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 27). The

Motion is GRANTED. Based on the parties' agreement, this case is DISMISSED WITH

PREJUDICE, and each party is responsible for its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED this 24th day of February, 2009.


                                                            /s/Wm. R. Wilson, Jr.
                                                            UNITED STATES DISTRICT JUDGE