IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATHERINE L. TAYLOR                                                           PLAINTIFF

v.                                      4:07CV00880-WRW

THE SOURCE FOR PUBLIC DATA, LP d/b/a
PUBLICDATA.COM and INTELLICORP RECORDS, INC.              DEFENDANT

## ORDER

Pending is the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 27). The Motion is GRANTED. Based on the parties' agreement, this case is DISMISSED WITH PREJUDICE, and each party is responsible for its own costs, attorneys' fees, and expenses.

IT IS SO ORDERED this 24th day of February, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE